## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **UNIVERSAL CONTRACTING CORPORATION,** | : | Case No. C-1-01-238 |
| | : | Judge Dlott |
| **Plaintiff,** | : | |
| - vs - | : | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| **FIRST PARTNERS CORPORATE LIMITED PARTNERSHIP and FPLP, INC.,** | : | |
| | : | |
| **Defendants.** | : | |

Having amicably resolved all claims and defenses raised by the pleadings, the parties to this action hereby stipulate pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this action be, and is, dismissed with prejudice. The parties shall bear their own costs and attorney fees.

Respectfully submitted,

| | |
|---|---|
| /s/ E. Todd Wilkowski (per e-mail authorization 11/25/03) | /s/ Earle Jay Maiman |
| Joeseph L. Trauth, Jr. (0021803) | Earle Jay Maiman (0014200) |
| E. Todd Wilkowski (0069854) | Robert P. Johnson (0040109) |
| Keating, Muething & Klekamp PLL | THOMPSON HINE LLP |
| 1400 Provident Tower | 312 Walnut Street |
| One East Fourth Street | Suite 1400 |
| Cincinnati, Ohio 45202 | Cincinnati, Ohio 45202 |
| (513) 579-6400 | (513) 352-6700 |
| | |
| Trial Attorneys for Plaintiff | Trial Attorneys for Defendants |
| Universal Contracting Corporation | First Partners Corporate Limited Partnership and FPLP, Inc. |

#460314 v1